## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

**RAYMOND A. RAYBURN**,

    **Plaintiff,**

**v.**

**DENNY'S, INC.**,

    **Defendant.**               **No. 14-cv-870-DRH**


### JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on June 17, 2015, this case is **DISMISSED** with prejudice.

          **JUSTINE FLANAGAN,**
          **ACTING CLERK OF COURT**


          **BY:**      **/s/**_Caitlin Fischer_
               **Deputy Clerk**

Dated:   August 21, 2015

Digitally signed by
David R. Herndon
Date: 2015.08.21
11:28:42 -05'00'

APPROVED:
      U.S. DISTRICT JUDGE
      U. S. DISTRICT COURT